**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOHN JANSON | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 25-2224 |
| | : | |
| THOMAS ESTES, WATERSHIPBLUE, | : | |
| LLC | : | |

# ORDER

**AND NOW**, this 22nd day of July 2025, upon considering Defendant Thomas Estes' partial Motion to dismiss the wage payment and fraud claims (ECFs 23, 24), Plaintiff's Opposition (ECF 25), and for reasons in today's accompanying Memorandum, it is **ORDERED** we **GRANT** Defendant's partial Motion to dismiss (ECF 23) requiring we:

1.    **Dismiss** the fraud and wage payment claims with prejudice as facially time barred; and,

2.    **Require** Defendant Thomas Estes file an Answer to the remaining claims by no later than **August 1, 2025**.

**KEARNEY, J.**